(93 South. 63)

### SMITH v. STATE. (8 Div. 934.)

(Court of Appeals of Alabama. April 18, 1922.)

Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge.

Against by the State against William S. Smith. Judgment for the State, and Smith appeals. Appeal dismissed.

R. E. Smith, of Huntsville, for appellant.
Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

---

BRICKEN, P. J. This appeal is dismissed on the authority of W. C. Yates v. State, ante, p. 436, 93 South. 62.